# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IDEAL MANUFACTURING AND
SALES CORPORATION, INC.,
CRYSTAL CITY LLC,

        Plaintiffs,

v.          Case No. 06-C-0590

PASE GROUP, INC.,
PROJECTS AND SYSTEMS
ENGINEERING GROUP, INC.,

        Defendants.

## ORDER DENYING DEFENDANTS' MOTION TO FILE UNDER SEAL

The court has considered the defendant's motion of June 28, 2007, seeking an order authorizing the sealed filing of Exhibit 7 to the declaration of Patricia L. Kusenberger. Because the motion fails to state with particularity why the defendants are filing Exhibit 7 under seal, the court is unable to determine whether the exhibit is confidential as a matter of fact. Hence, the movant must set forth in an affidavit the particularized reasons, other than the parties' agreement that the documents are confidential, why Exhibit 7 should be filed under seal. Therefore,

**IT IS ORDERED** that defendants' motion to file under seal is **DENIED**, without prejudice.

**IT IS FURTHER ORDERED** that the clerk unseal Exhibit 7 on July 9, 2007, unless prior to that date, defendants file an affidavit as discussed herein above.

Dated at Milwaukee, Wisconsin, this 28th day of June, 2007.

        BY THE COURT:

        s/Charles N. Clevert, Jr.
        C. N. CLEVERT, JR.
        United States District Judge