IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

IDEAL MANUFACTURING AND SALES
CORPORATION INC. and CRYSTAL CITY LLC,

    Plaintiffs,

  v.                                  Case No. 06-C-00590

PASE GROUP, INC. and PROJECTS AND
SYSTEMS ENGINEERING GROUP, INC.
(individually and collectively referred to as "PASE"),

    Defendants.

---

## STIPULATION FOR DISMISSAL
---

    IT IS HEREBY STIPULATED by Plaintiffs Ideal Manufacturing And Sales Corporation Inc. and Crystal City LLC and Defendants PASE Group, Inc. and Projects And Systems Engineering Group, Inc. that this action should be dismissed with prejudice and without costs.

**DEWITT ROSS & STEVENS S.C.**

Dated: January 13, 2010

By: s/ Harry E. Van Camp
    Harry E. Van Camp
    Two East Mifflin Street, Suite 600
    Madison, WI 53703
    Telephone: (608) 255-8891
    Fax: (608) 252-9243
    E-mail: hvc@dewittross.com

*Counsel for Plaintiffs Ideal Manufacturing And Sales Corporation Inc. and Crystal City LLC*

**MERCHANT & GOULD, P.C.**

Dated: January 13, 2010

By: s/ Thomas P. Heneghan
    Thomas P. Heneghan
    10 East Doty Street, Suite 600
    Madison, WI 53703-3376
    Telephone: (608) 280-6750
    Facsimile: (612) 332-9081
    Email: theneghan@merchantgould.com

*Counsel for Defendants PASE Group, Inc. and Projects And Systems Engineering Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2010, I electronically filed the foregoing **STIPULATION FOR DISMISSAL, WITH PROPOSED ORDER FOR DISMISSAL** on behalf of Plaintiffs Ideal Manufacturing And Sales Corporation Inc. and Crystal City LLC and Defendants PASE Group, Inc. and Projects And Systems Engineering Group, Inc. with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record, who are CM/ECF Participants:

| | |
|---|---|
| Harry E. Van Camp, Esq. | Mark J. Burns, Esq. |
| DeWitt Ross & Stevens S.C. | Haugen Law Firm PLLP |
| Two East Mifflin Street, Suite 600 | 1130 TCF Tower |
| Madison, WI 53703 | 121 South Eighth Street |
| E-mail: hvc@dewittross.com | Minneapolis, MN 55402 |
| | E-mail: mburns@haugenlaw.com |

Dated: January 13, 2010

    /s/ Thomas P. Heneghan
Thomas P. Heneghan
MERCHANT & GOULD P.C.
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: 608.280.6750
Facsimile: 612.332.9081
E-mail: theneghan@merchantgould.com